Kevin R. Lussier (State Bar No. 143821)
klussier@cmlawfirm.com
**CRUSER, MITCHELL, NOVITZ,**
**SANCHEZ, GASTON & ZIMET LLP**
800 Wilshire Boulevard, 15th Floor
Los Angeles, California 90017
Tel.: (213) 689-8500
Fax: (213) 689-8501

Attorneys for Defendant LUCY LIU

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL MARTINKA,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>LUCY LIU,<br><br>　　　　　Defendant. | Case No.: 2:24-cv-03277-PA-BFMx<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 8-3)**<br><br>Hon. Percy Anderson<br><br>Complaint Served: June 27, 2024<br>Current Response Date: July 18, 2024<br>New Response Date: August 16, 2024 |

　　　Pursuant to Local Rule 8-3, plaintiff Paul Martinka ("Plaintiff") and defendant Lucy Liu ("Defendant"), by and through their respective counsel of record, hereby jointly stipulate and agree as follows:

　　　WHEREAS, Defendant was served with the Complaint in this action by way of substituted service with an effective service date of June 27, 2024;

　　　WHEREAS, the initial response date to the Complaint is July 18, 2024;

　　　WHEREAS, the new response date is August 16, 2024;

　　　WHEREAS, this extension does not extend the time to respond to the Complaint more than a total of thirty (30) days from the date the response initially would have been due;

1  WHEREAS, counsel for the Parties submit that the requested extension is for
2  good cause, and it is not sought for any improper purpose; and
3  WHEREAS, no prior extension of the answer deadline in this action has been
4  sought.
5  NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED that
6  Defendant's deadline to answer or otherwise move with respect to the Complaint is
7  hereby extended from July 18, 2024, up to and including August 16, 2024.
8  Dated:  July 2, 2024

Respectfully submitted.

Craig Sanders
SANDERS LAW GROUP

By: /s/ Craig Sanders

Attorneys for Plaintiff
PAUL MARTINKA

Respectfully submitted.

Kevin R. Lussier
CRUSER, MITCHELL, NOVITZ,
SANCHEZ, GASTON & ZIMET LLP

By: /s/ Kevin R. Lussier

Attorneys for Defendant
LUCY LIU

1 | <u>Statement of Authority to File Per Civil L.R. 5-4.3.4(a)(2)(i)</u>: I attest that all
2 | signatories on this document and on whose behalf the filing is submitted concur in
3 | the filing's content and have authorized the filing of this document.

<u>/s/ Kevin R. Lussier</u><br>
Kevin R. Lussier